IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **TE'ARLE SPEARS,** | ) | Case No. 3:20-CV-00068 |
| Plaintiff, | ) | Hon. James Knepp II |
| v. | ) | **JUDGMENT ENTRY OF DISMISSAL** |
| **CITY OF TOLEDO,** | ) | |
| Defendant. | ) | |

The parties having fully compromised and settled their differences, this cause of action is hereby Ordered dismissed with prejudice. Each side to pay their own costs.

_____
Hon. James Knepp II

_____ for per consent
Frank J. Landry
Attorney for Plaintiff

_____
Jeffrey B. Charles
Attorney for Defendant
City of Toledo